UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KAWANNA-SHAWNTAYE GRITNEY, | Case No. 8:23-00479 MCS (ADS) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant State of California's Motion to Dismiss (Dkt. No. 14), Defendants Devon Ramos, Daniel Singer, and Louis Amaya's Motion to Dismiss (Dkt. No. 25), Defendants Victor Acevedo and David Slayton's Motion to Dismiss (Dkt. No. 40), Plaintiff's oppositions to the motions to dismiss (Dkt. Nos. 16, 28, 43), all supporting filings (Dkt. Nos. 29, 41, 44, 46), the Report and Recommendation of United States Magistrate Judge (Dkt. No. 49), and Plaintiff's Objection to the Report and Recommendation of United States Magistrate Judge.  (Dkt. No. 50.)  The Court has engaged in a *de novo* review of those portions of

the Report and Recommendation to which objections were made and overrules the objections. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation (Dkt. No. 49) is accepted;
2. Defendant State of California's Motion to Dismiss (Dkt. No. 14) is granted;
3. Defendant Devon Ramos, Daniel Singer, and Louis Amaya's Motion to Dismiss (Dkt. No. 25) is granted;
4. Defendants Victor Acevedo and David Slayton's Motion to Dismiss (Dkt. No. 40) is granted;
5. Defendants Victor Acevedo and David Slayton's Request for Judicial Notice (Dkt. No. 41) is denied;
6. Plaintiff's Request for Judicial Notice (Dkt. No. 44) is granted;
7. The Complaint (Dkt. No. 1) and Amended Complaint (Dkt. No. 18) are dismissed without leave to amend; and
8. Judgment is to be entered accordingly.

DATED: February 6, 2024

_____
THE HONORABLE MARK C. SCARSI
United States District Judge