JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWANNA-SHAWNTAYE GRITNEY,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 8:23-00479 MCS (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed.

DATED:  February 6, 2024

*Mark C. Scarsi*
_____
THE HONORABLE MARK C. SCARSI
United States District Judge